396 A.2d 814

Altieri, Appellant, v. The National Council of the Junior Order of United American Mechanics of the United States of North America et al.

Argued October 25, 1978.   Howard R. Singer, for appellant;   Frederick N. Frank, for appellee.

Before CERCONE, WIEAND and LIPEZ, JJ.

Order affirmed.

396 A.2d 814

Antoon, et vir., Appellants, v. DeRosa et al.

Argued October 25, 1978.   Peter U. Hook, for appellants;   Ernest P. DeHaas, for appellees.

Before PRICE, HESTER and WATKINS, JJ.

Order affirmed.

HESTER, J., dissented and would award new trial limited to damages.